UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 2:52

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| RUBY S. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 05-2318-Ma/V |
| IKE'S ET AL, | ) ) ) |
| Defendant. | ) |

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held December 19, 2005. Present were Ruby S. Johnson, plaintiff, and Michael D. Fitzgerald, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1): January 9, 2006

JOINING PARTIES: February 20, 2006

AMENDING PLEADINGS: February 20, 2006

INITIAL MOTIONS TO DISMISS: March 20, 2006

COMPLETING ALL DISCOVERY:

    (a) DOCUMENT PRODUCTION: July 20, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS: July 20, 2006

    (c) EXPERT WITNESS DISCLOSURE (Rule 26):

        (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: May 20, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05



(2) DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: June 20, 2006

(3) EXPERT WITNESS DEPOSITIONS: July 20, 2006

FILING DISPOSITIVE MOTIONS: August 20, 2006

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for non-jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. It is anticipated that the trial will last approximately one day.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation before close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
**DIANE K. VESCOVO**
**United States Magistrate Judge**

December 19, 2005
_____
**Date**

MEMPHIS 184894v1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02318 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Ruby S. Johnson
91 N. Belvedere
Apt. 15
Memphis, TN 38104

David P. Jaqua
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT