UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

RUBY JOHNSON,

    PLAINTIFF                                       JUDGMENT IN A CIVIL CASE

VS

IKE'S,                                            CASE NO: 05-2318-V

    DEFENDANT

---

*DECISION BY COURT.* This action came before the Court for a Non Jury Trial on March 15, 2007. The issues have been considered and a decision has been rendered.

*IT IS ORDERED AND ADJUDGED* that in accordance with the defendant's Motion for Judgment on Partial Findings as a Matter of Law pursuant to Rule 52(c) made at the close of plaintiff's proof, and on the oral findings of the court, Judgment as a matter of law is entered in favor of the defendant, Ike's, and against the plaintiff, Ruby Johnson. This cause is dismissed with prejudice.
*APPROVED:*


s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

| March 15, 2007 | Thomas M. Gould |
|---|---|
| Date | Clerk of Court |

                                                    S/Betty Guy
                                                    (By) Deputy Clerk